THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 10-550-CG-B |
| | * | |
| An Amount of Funds up to but not to exceed $28,900.00, etc., et al., | * | |
| | * | |
| Defendant. | * | |

## ORDER

This action is before the court on the Plaintiff's Ex-parte and Under Seal motion for an order authorizing it to file a redacted copy of the Verified Complaint for Forfeiture and Warrant for Arrest previously filed under seal.

Based on the plaintiff's motion, the attached declaration and pursuant to Federal Rule of Civil Procedure 5.2(d), the motion is **GRANTED**. The case is hereby ordered unsealed, but the documents previously filed under seal shall remain under seal until further order of the court. Plaintiff is ordered to file for the public record, a redacted copy of its Verified Complaint and redacted Warrant for Arrest.

**DONE and ORDERED** this 9th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE