IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION NO. 10-00550-CG-B |
| $28,900.00, more or less, in U.S. Currency, | * |
| Defendant.[1] | * |

**FINAL JUDGMENT OF FORFEITURE**

In accordance with the separate Order entered on this date, it is **ORDERED, ADJUDGED, and DECREED** that the above-named defendant, is forfeited to the plaintiff, the United States of America, for disposition according to law, pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6).

**DONE and ORDERED** this 12th day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The defendant $28,900.00 was seized from the Wells Fargo Advisers account ending in 8294 held in the name of Professional Investment Group, S.A. (Professional)